No. 01–149. PARKS v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–150. PANDYA v. EDWARD HOSPITAL. C. A. 7th Cir. Certiorari denied.

No. 01–151. BARNES-JEWISH HOSPITAL ET AL. v. METROPOLITAN ST. LOUIS SEWER DISTRICT ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 01–153. BOWLER v. MAINE. C. A. 1st Cir. Certiorari denied.

No. 01–154. ARMSTRONG v. PHILADELPHIA BOARD OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–155. MONAHAN v. DVI FINANCIAL SERVICES, INC. C. A. 7th Cir. Certiorari denied.

No. 01–156. LANIER, DBA J. T. LANIER AGENCY v. OLD REPUBLIC INSURANCE CO. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 01–157. WILEY v. UNITED PARCEL SERVICE, INC. C. A. 4th Cir. Certiorari denied.

No. 01–158. SHAIA, TRUSTEE v. MEYER ET UX. C. A. 4th Cir. Certiorari denied.

No. 01–160. TA OPERATING CORP., DBA TRAVELCENTERS OF AMERICA v. FLORIDA DEPARTMENT OF REVENUE. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–161. DIEHL v. AUGUSTA COUNTY, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–162. CANNON v. BEAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–165. GAGLIARDI v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–171. GLENN ET AL. v. LIFE INSURANCE COMPANY OF NORTH AMERICA. C. A. 8th Cir. Certiorari denied.